# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY L. FOLCK,<br><br>           Plaintiff,<br><br>     v.<br><br>LENNAR CORPORATION, LENNAR HOMES LLC, and LENNAR MULTIFAMILY COMMUNITIES, LLC, doing business as LMC, and DOES 1 through 25,<br><br>           Defendants. | Case No. 17-cv-0992-L-NLS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION, WITHOUT PREJUDICE**<br><br>Complaint Filed: April 14, 2017<br>Trial Date: Not Set |

Pursuant to the joint motion filed by the Parties on July 10, 2018, the Court hereby **GRANTS** the joint motion to dismiss this action, without prejudice. At the request of the Parties, the Court is not making any determination with respect to either side's right to recover costs, if any, in connection with this action.

Dated: July 11, 2018

_____
Hon. M. James Lorenz
United States District Judge